1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA MARIE MESSEE,<br><br>          Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>          Defendant. | CASE NO. 2:16-CV-01259-DWC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on Plaintiff's "Stipulated Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412(d)." Dkt. 17.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (Dkt. 17), attorney time itemization (Dkt. 17-2), and the relevant record, the Court orders EAJA attorney's fees of $5,896.01 ("EAJA Award"), be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

1    The Acting Commissioner shall contact the Department of Treasury after this Order is

2 entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the

3 Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the

4 government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly

5 to Dellert Baird Law Offices, PLLC, Plaintiff's counsel. If there is an offset, any remainder shall

6 be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and

7 standard practices, and the check shall be mailed to Plaintiff's counsel, Dellert Baird Law

8 Offices, PLLC, at P.O. Box 97301, Lakewood, WA 98497.

9    Dated this 10th day of April, 2017.

*[signature]*

David W. Christel
United States Magistrate Judge

David W. Christel
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES - 2